IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MURAD GASANBEKOV,<br><br>    *Petitioner*,<br><br> v.<br><br>BRIAN MCSHANE, *et al*,<br><br>    *Respondents*. | Civil Action No. 3:26-cv-283<br><br>Hon. William S. Stickman IV |

**CASE MANAGEMENT ORDER**

AND NOW, this 24th day of February 2026, IT IS HEREBY ORDERED as follows:

 1. **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this matter. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

 2. **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

 3. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

4. **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition, not to exceed 25 pages, within **30 days** of the date of service.

5. **Petitioner's reply in support of the petition.** Petitioner shall file any reply in support of the petition, not to exceed 5 pages, within **5 days** of the filing of Respondents' response to the petition.

BY THE COURT:

s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE